# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JENNIFER HORST, JMW, minor, and LAW, minor, <br> *Plaintiff* <br> v. <br> STATE OF WASHINGTON ASSISTANT ATTORNEY JODY CAMPBELL, et al. <br> *Defendant* | Civil Action No.  4:17-CV-5152-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Complaint is DISMISSED without leave to amend.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE  .

Date:  November 9, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen